**CITY OF COLUMBIA, Respondent,**

v.

**William John FLETCHER, Appellant.**

**No. WD 39085.**

Missouri Court of Appeals,
Western District.

Oct. 13, 1987.

William J. Fletcher, Kirkwood, for appellant.

William S. McKenzie, Columbia, for respondent.

Before SHANGLER, P.J., and PRITCHARD and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from convictions of two municipal traffic ordinance violations.

Judgment affirmed. Rule 30.25(b).